UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

PRERNA V. MEHTA, et al.,
    Defendants.

Case No: 23-cv-2398-KKM-TGW

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, RUDOLPH BETANCOURT, and Defendants, PRERNA V. MEHTA, PREET KANWAR SINGH, PERRY NARDUCCI, and MP INVESTMENTS OF FLORIDA LLC, by and through their respective undersigned counsel, hereby notify the Court:

**i.)** The Parties have reached a settlement that resolves all matters with all Parties.

**ii.)** The Parties need 60 days to exchange, review, and finalize their draft settlement documents, circulate the same for execution by all Parties, exchange fully executed settlement documents, and file their dismissal documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 501
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

<u>s/ Lauren N. Wassenberg</u>
Lauren N. Wassenberg (FBN: 34083)
 *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 800-0405
WassenbergL@gmail.com

<u>s/ Luke Lirot</u>
Luke Lirot, Esq.
Florida Bar Number 714836
 *Attorney for Defendants*
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
luke2@lirotlaw.com (primary e-mail)
team@lirotlaw.com (secondary e-mail)