UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

PRERNA V. MEHTA, et al.,
    Defendants.

Case No: 23-cv-02398-KKM-TGW

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, RUDOLPH BETANCOURT, and Defendants, PRERNA V. MEHTA, PREET KANWAR SINGH, PERRY NARDUCCI, and MP INVESTMENTS OF FLORIDA LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc.
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg
(FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432

s/ Luke Lirot
Luke Lirot, Esq.
(FBN: 714836)
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
luke2@lirotlaw.com
(primary e-mail)
team@lirotlaw.com
(secondary e-mail)
   *Attorney for Defendants*

(561) 571-0646
WassenbergL@gmail.com